**No. 60425.**—Atalanta Trading Corp. *v.* United States, protest 269804–K (New York).

Opinion by RAO, J. An examination of the official record failing to disclose any reason for disturbing the presumptively correct classification of the merchandise made by the collector, the protest was overruled.

**No. 60426.**—J. J. Boll *v.* United States, protest 270286–K (New York).

Opinion by RAO, J. An examination of the official record failing to disclose any reason for disturbing the presumptively correct classification of the merchandise made by the collector, the protest was overruled.

**No. 60427.**—Liebermann Waelchli & Co., New York, Inc. *v.* United States, protest 271749–K (New York).

Opinion by RAO, J. An examination of the official record failing to disclose any reason for disturbing the presumptively correct classification of the merchandise made by the collector, the protest was overruled.